LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re

RAY A. HUSSA

Debtor

Case No. BK-S 19-16945-BTB

IN PROCEEDINGS UNDER CHAPTER 7

OPPOSITION TO US BANK NATIONAL ASSOCIATION, NOT IN IT'S INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR NRZ PASS-THROUGH TRUST XI-B'S MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT

Date: January 22, 2020
Time: 1:30 pm
Place: Foley Bldg; 3rd floor

Trustee, LENARD E. SCHWARTZER, opposes US Bank National Association, Not in It's Individual Capacity but Solely as Trustee for NRZ Pass-through Trust XI-B's Motion for Relief from Automatic Stay and Abandonment on the following grounds:

1. US Bank National Association, Not in It's Individual Capacity but Solely as Trustee for NRZ Pass-through Trust XI-B ("US Bank") filed its Motion for Relief from Automatic Stay **and Abandonment** relating to real property commonly known as 2032 E. Briarleaf Ave., Coeur D. Alene, ID 83815 ("Property").

2. The Trustee has no objection to US Bank requesting relief from the automatic stay permitting US Bank to pursue its rights under applicable state and federal law to recover the property or to modify the loan.

3. The Trustee, however, opposes US Bank's Motion directing the Trustee to abandon the Property on the grounds that the Property is burdensome to, and/or is of inconsequential value

and benefit to the estate.

4. The Trustee alleges that the Property, even without equity, may have value to the bankruptcy estate because the Trustee may be able to conduct a short sale.

Based upon the above, the Trustee requests that US Bank's request for abandonment of the Property be denied.

DATED: January 2, 2020

/s/ Lenard E. Schwartzer
LENARD E. SCHWARTZER
Trustee